| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY<br>Court Address: 270 South Tejon Street<br>Colorado Springs, CO 80903 | DATE FILED: April 5, 2024 9:53 AM<br>FILING ID: 3F8007E48BC26<br>CASE NUMBER: 2024CV30636 |
| **Plaintiff:**<br>MARIA CASTRO<br><br>**Defendant:**<br>TARGET CORPORATION | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br>PRIBILA & FIELDS, PC<br>Bethany A. Pribila, #35221<br>Timothy L. Fields, #40037<br>Address: 18 E. Monument Street<br>Colorado Springs, CO 80903<br>Phone Number: (719) 473-1238<br>Fax Number: (719) 473-2542<br>Email: bpribila@pribila.com<br>tfields@pribila.com | Case Number: 2024CV_______<br><br>Div.: ____ |

**COMPLAINT**

COMES NOW the Plaintiff, Maria Castro, by and through her attorneys, PRIBILA & FIELDS, PC, and for a Complaint against the Defendants, states, alleges, and avers as follows:

**GENERAL ALLEGATIONS**

1. Plaintiff, Maria Castro, is and was at all times pertinent hereto a resident of the County of El Paso, State of Colorado.

2. Upon information and belief, Defendant, Target Corporation, was at all times pertinent hereto a foreign corporation, authorized to do and doing business in the State of Colorado, with a registered agent for service of process, CT Corporation System, located at 7700 E Arapahoe Road, Ste. 220, Centennial, CO 80112. Defendant, Target Corporation, was also at all times pertinent hereto, a landowner of the real property located at 1630 E Cheyenne Mountain Boulevard, Colorado Springs, CO 80906 pursuant to C.R.S. §13-21-115.

3. On or about August 8, 2022, Plaintiff, Maria Castro, was injured after slipping and falling in an unknown liquid pooled in one of the aisles of the premises known as Target located at 1630 E Cheyenne Mountain Boulevard, Colorado Springs, CO 80906.

4. Plaintiff was conducting herself in a lawful and careful manner at said time and place.

**EXHIBIT A**

**FIRST CAUSE OF ACTION - PREMISES LIABILITY AGAINST DEFENDANT, TARGET CORPORATION**

5. Plaintiff hereby incorporates paragraphs one through four as though fully set forth herein.

6. C.R.S. § 13-21-115 sets out a cause of action for a civil action brought against a landowner by a person who alleges injury occurring while on the real property of another and by reasons of the condition of such property, or activities conducted or circumstances existing on such property.

7. Upon information and belief, on or about August 8, 2022, Defendant, Target Corporation, was the owner of the property located at 1630 E Cheyenne Mountain Boulevard, Colorado Springs, CO 80906.

8. Upon information and belief, Defendant, Target Corporation, operated a store on the premises located at 1630 E Cheyenne Mountain Boulevard, Colorado Springs, CO 80906. This included the time period on or about August 8, 2022.

9. Upon information and belief, on or about August 8, 2022, Defendant, Target Corporation, was a company legally responsible for the activities conducted or the circumstances existing on the property located at 1630 E Cheyenne Mountain Boulevard, Colorado Springs, CO 80906; specifically, maintaining the condition of the premises. Therefore, Target Corporation, was a landowner as defined in C.R.S. § 13-21-115(1).

10. Upon information and belief, Defendant, Target Corporation, maintained control over the condition of the premises including the aisles within the premises known as Target located at 1630 E Cheyenne Mountain Boulevard, Colorado Springs, CO 80906.

11. On or about August 8, 2022, Plaintiff, Maria Castro, was an invitee at 1630 E Cheyenne Mountain Boulevard, Colorado Springs, CO 80906 at the time of the slip and fall incident. Ms. Castro was an invitee because she went to the business located at 1630 E Cheyenne Mountain Boulevard, Colorado Springs, CO 80906 to purchase goods and transact business.

12. Plaintiff, Maria Castro was present at 1630 E Cheyenne Mountain Boulevard, Colorado Springs, CO 80906 on August 8, 2022, with the permission of Defendant, Target Corporation.

13. Defendant, Target Corporation, violated C.R.S. § 13-21-115 by failing to exercise reasonable care to maintain said premises in a safe condition for use by the general public, and specifically, Plaintiff, Maria Castro, and unreasonably failed to exercise reasonable care to protect against dangers of which it knew or should have known, which caused Plaintiff to slip and fall on said premises. Specifically, Defendant, Target Corporation, unreasonably failed to properly maintain one of the aisles on the premises located at 1630 E Cheyenne Mountain Boulevard, Colorado Springs, CO 80906 free from dangerous accumulation of liquid on the floor, and

unreasonably failed to exercise reasonable care to protect against dangers of which it knew or should have known, which caused Plaintiff to slip and fall.

14. As a result of such unreasonable conduct of Defendant, Target Corporation, as aforesaid, Plaintiff, Maria Castro, sustained multiple injuries, including but not limited to left knee, left hip, left shoulder, right elbow, and low back pain, fractured left knee cap, head pain, headaches, cognitive issues, dizziness, and light sensitivity, and has incurred and will continue to incur pain and suffering and medical expenses, the total amount of which cannot be ascertained at this time due to the continuing nature of her injuries.

15. Plaintiff, Maria Castro, as a result of the incident as aforesaid, has incurred medical expenses, has sustained injuries of a continuing and permanent nature and has endured pain and suffering and loss of enjoyment of life.

16. Plaintiff, Maria Castro, as a result of the incident as aforesaid, has been rendered unable to attend to her usual occupation and duties, and will be similarly caused to be unable to attend to them in the future.

17. The incident as aforesaid was the sole and proximate result of the unreasonable conduct of Defendant, Target Corporation, and Plaintiff was without negligence on her part contributing to said incident.

18. Defendant, Target Corporation, has a non-delegable duty to properly maintain the premises in a safe condition for invitees under Colorado law.

WHEREFORE, Plaintiff prays for judgment against Defendant, Target Corporation, in an amount to be determined at trial, plus costs and interest from August 8, 2022, and such other and further relief as the Court deems just and equitable.

**SECOND CAUSE OF ACTION – NEGLIGENCE**
**AGAINST DEFENDANT, TARGET CORPORATION**

19. Plaintiff hereby incorporates paragraphs one through eighteen as though fully set forth herein.

20. Upon information and belief, Defendant, Target Corporation, was the owner of the property located at 1630 E Cheyenne Mountain Boulevard, Colorado Springs, CO 80906. This included the time period on or about August 8, 2022.

21. On or about August 8, 2022, Plaintiff, Maria Castro, was present at 1630 E Cheyenne Mountain Boulevard, Colorado Springs, CO 80906.

22. On or about August 8, 2022, as Plaintiff was a customer at the store as aforesaid, Defendant, Target Corporation, owed Plaintiff, Maria Castro, a duty of care.

23. On or about August 8, 2022, Defendant, Target Corporation, breached its duty of care to Plaintiff by negligently maintaining one of the aisles at the premises located at 1630 E Cheyenne Mountain Boulevard, Colorado Springs, CO 80906 free from accumulation of liquid on the floor and failing to exercise reasonable care to protect against dangers of which it knew or should have known, which caused Plaintiff to slip and fall.

24. The incident as aforesaid was the sole and proximate result of Defendant, Target Corporation's negligence and its failure to exercise reasonable care to protect against dangers of which it knew or should have known, which caused Plaintiff to slip and fall.

25. As a result of the negligence of Defendant, Target Corporation, as aforesaid, Plaintiff Maria Castro, did sustain multiple injuries, including but not limited to left knee, left hip, left shoulder, right elbow, and low back pain, fractured left knee cap, head pain, headaches, cognitive issues, dizziness, and light sensitivity, and has incurred and will continue to incur pain and suffering and medical expenses, the total amount of which cannot be ascertained at this time due to the continuing nature of her injuries.

26. Plaintiff, Maria Castro, as a result of the incident as aforesaid, has incurred medical expenses, has sustained injuries of a continuing and permanent nature, and has endured pain and suffering and loss of enjoyment of life.

27. Plaintiff, Maria Castro, as a result of the slip and fall accident as aforesaid, has been rendered unable to attend to her usual occupation and duties, and will be similarly caused to be unable to attend to them in the future.

28. The incident as aforesaid was the sole and proximate result of the negligence of Defendant, Target Corporation, as aforesaid, and Plaintiff was without negligence on her part contributing to said incident.

WHEREFORE, Plaintiff prays for Judgment against Defendant, Target Corporation, in an amount to be determined at trial, plus costs, interest from August 8, 2022, and such other and further relief as the Court deems just and equitable.

Respectfully submitted this 5th day of April, 2024.

***A duly signed original is on file at the office of Pribila & Fields, PC***

*/S/ Bethany A. Pribila*

Bethany A. Pribila, #35221
Timothy L. Fields, #40037
PRIBILA & FIELDS, PC



**EXHIBIT A**

**ADDRESS OF PLAINTIFF**

415 E Cheyenne Road
Colorado Springs, CO 80905



**EXHIBIT A**